STEPHEN J. ERIGERO (SBN 121616)
**ROPERS, MAJESKI, KOHN & BENTLEY**
445 South Figueroa Street, Suite 3000
Los Angeles, California 90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: stephen.erigero@rmkb.com

Attorneys for Plaintiff METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SARAH MARIE HEDLUND, SCOTT MAGNUSON, DANIEL SAH,<br><br>Defendants | CASE NO. 2:16-cv-00352-MCE-DB<br><br>**ORDER GRANTING MOTION TO VACATE THE COURT'S JUDGMENT AND FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>DATE: May 18, 2017<br>TIME: 2:00 p.m.<br>CTRM: 7<br><br>Trial Date: September 7, 2016 |

Presently before the Court is Defendant's Motion to Vacate Judgment and Findings of Fact and Conclusions of law (ECF No. 67), in response to which Plaintiffs filed a Statement of Non-Opposition (ECF No. 68).

///

Having considered those filings and the record in its entirety, it is hereby ordered that Defendant's Motion (ECF No. 67) is GRANTED, and the hearing set for May 18, 2017, is VACATED. The Findings of Fact and Conclusions of Law (ECF No. 52) and the Judgment (ECF No. 53) are VACATED, and Plaintiffs' Bill of Costs (ECF No. 57) is DENIED as moot in its entirety. This action is hereby DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE